Michael N. Westheimer (SBN 178938)
mwestheimer@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
601 Montgomery Street, Suite 350
San Francisco, CA  94111
Telephone: (415) 918-3000

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RANDY RIEUX,<br><br>    Plaintiff,<br><br>    v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendants. | Case No.: 2:25-cv-00317-WBS-SCR<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  January 24, 2025<br>Trial:                    Not set |

1

JOINT STIPULATION AND ORDER TO FURTHER                    CASE NO.: 2:25-cv-00317-WBS-SCR
EXTEND TIME FOR DEFENDANT TO RESPOND TO
COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Randy Rieux and Defendant Union Pacific Railroad Company (together the "Parties"), by and through their respective undersigned counsel of record, that pursuant to Gen. L.R. 143, 144(a), the time for Defendant to respond to Plaintiff's Complaint shall be further extended twenty-one (21) days to April 14, 2025. The Parties previously stipulated to one 28-day extension of the aforementioned time period. This further extension will not alter the date of any event or deadline already fixed by Court order.

Dated: March 21, 2025                    CONSTANGY, BROOKS, SMITH & PROPHETE LLP

By: /s/ Michael N. Westheimer
    Michael N. Westheimer
    Attorneys for Defendant
    UNION PACIFIC RAILROAD COMPANY

Dated: March 21, 2025                    HILDERBRAND MCLEOD & NELSON LLP

By: /s/ Gavin Barney (as authorized 3-21-2025)
    Anthony S. Petru
    Gavin Barney
    Attorneys for Plaintiff
    RANDY RIEUX

**IT IS SO ORDERED.**

Dated: March 21, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

JOINT STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

CASE NO.: 2:25-cv-00317-WBS-SCR