

United States District Court
Eastern District of California

| RANDY RIEUX | |
|---|---|
| Plaintiff(s) | Case Number: 2:25-cv-00317-WBS-SCR |

V.

| UNION PACIFIC RAILROAD COMPANY | APPLICATION FOR PRO HAC VICE AND ORDER |
|---|---|
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Geri Lynn Arrindell hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Union Pacific Railroad Company

On 09/23/2013 (date), I was admitted to practice and presently in good standing in the Missouri (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have, ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/01/2025        Signature of Applicant: /s/ Geri Lynn Arrindell

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Geri Lynn Arrindell |
| Law Firm Name: | Constangy, Brooks, Smith & Prophete LLP |
| Address: | 680 Craig Road, Ste 400 St. Louis, MO 63141 |
| | Suite 400 |
| City: | St. Louis    State: MO    Zip: 63141 |
| Phone Number w/Area Code: | (314) 338-3740 |
| City and State of Residence: | |
| Primary E-mail Address: | glarrindell@constangy.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael N. Westheimer |
| Law Firm Name: | Constangy, Brooks, Smith & Prophete LLP |
| Address: | 601 Montgomery Street |
| | Suite 350 |
| City: | San Francisco    State: CA    Zip: 94111 |
| Phone Number w/Area Code: | (415) 918-3000    Bar #: 178938 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 1, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE