# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| RANDY RIEUX, | Case No.: 2:25-cv-00317-WBS-SCR |
| Plaintiff, | **ORDER** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. | |

Based on the Parties' Stipulation, filed on May 16, 2025, the Court orders as follows:

1. Plaintiff is granted leave to file the First Amended Complaint, as attached to the Parties' Stipulation as **Exhibit A**, thereby removing Counts III and IV of Plaintiff's original Complaint with prejudice**.**

2. The First Amended Complaint shall be e-filed separately upon plaintiff's receipt of this order.

3. Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint filed in this action on April 14, 2025 (ECF No. 11) shall be Defendant's responsive pleading to Plaintiff's First Amended Complaint.

4. Defendant's pending Partial Motion to Dismiss scheduled for hearing on June 9, 2025 is vacated and taken off calendar as moot.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May 19, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE